Stephen L. and Melinda VAUGHN, Appellants–Plaintiffs,

v.

DANIELS COMPANY (WEST VIRGINIA) INC., and Solar Sources, Inc., Appellees–Defendants.

No. 14A01–0111–CV–408.

Court of Appeals of Indiana.

Feb. 10, 2003.

J. Kevin King, Cline King & King, P.C., Columbus, IN, Attorney for Appellants.

Jeffrey W. Ahlers, Todd C. Barsumian, Kahn Dees, Donovan & Kahn, Evansville, IN, Attorneys for Appellee, Daniels Company (West Virginia), Inc.

R. Steven Johnson, Sacopulos Johnson & Sacopulos, Terre Haute, IN, Attorney for Appellee, Solar Sources, Inc.

**OPINION ON REHEARING**

BARNES, Judge.

We have granted rehearing in *Vaughn v. Daniels*, 777 N.E.2d 1110 (Ind.Ct.App. 2002), for the limited purpose of clarifying Chief Judge Brook's dissent, in which he disagreed with "the majority's conclusion that Vaughn may proceed against [Daniels Company (West Virginia), Inc. and Solar Sources, Inc.] under the Indiana Products Liability Act." *Id.* at 1139–40; *see also id.* at 1141 ("I would hold on that ground that Vaughn cannot maintain an action against Solar or Daniels under the Act and would therefore affirm the trial court's judgment in all respects."). Given that Vaughn did not maintain an action against Solar under the Act, any mention in Chief Judge

Brook's dissent of Solar's liability under the Act should be disregarded.

BROOK, C.J., and VAIDIK, J., concur.